May 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CAROLYN C. JAMES, Appellant

NO. 14-11-00053-CV                     V.

MICHAEL EASTON AND PETER J. RIGA, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Michael Easton and Peter J. Riga, signed December 17, 2010, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dismissing the case on special exceptions. We therefore order that the dismissal is **REVERSED** and order it severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order Michael Easton and Peter J. Riga, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.